No. 277.   GENERAL ARTISTS CORP. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied. *Morton Miller* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, A. F. Prescott* and *Morton K. Rothschild* for respondent.

No. 278.   HIRSHHORN *v.* MINE SAFETY APPLIANCES CO. ET AL.   C. A. 3d Cir.   Certiorari denied.   *John B. Doyle* for petitioner.   *Charles E. Kenworthey* and *Paul E. Hutchinson* for respondents.

No. 282.   LONDONO *v.* CITIZENS NATIONAL TRUST & SAVINGS BANK ET AL.   C. A. 9th Cir.   Certiorari denied. *Robert H. Dunlap* for petitioner.   *T. B. Cosgrove, John N. Cramer* and *Leonard A. Diether* for the Citizens National Trust & Savings Bank; and *O. B. Thorgrimson* and *Joseph H. Dasteel* for Dulien Steel Products, Inc. et al., respondents.

No. 284.   SEACOAST GAS CO., INC. ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Charles L. Gowen* for petitioners.   *Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney* and *Russell Chapin* for the United States.

No. 285.   FEDERAL INSURANCE CO. ET AL. *v.* ISBRANDTSEN CO., INC.   C. A. 2d Cir.   Certiorari denied.   *Henry N. Longley* and *F. Herbert Prem* for petitioners.   *James S. Hemingway* for respondent.

No. 286.   NAREHOOD ET AL. *v.* PEARSON ET AL., COUNTY COMMISSIONERS OF CLEARFIELD COUNTY.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.